UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re Application of

ZURU LLC and ZURU INC.,

                Petitioners.

---------------------------------------------------------------X

Misc. Case No: 25-mc-125 (PMH)

APPLICATION FOR THE ISSUANCE OF A SUBPOENA TO TESTIFY AT AN ORAL TESTIMONY DEPOSITION AND TO PRODUCE DOCUMENTS PURSUANT TO 35 U.S.C. § 24 TO CBS BROADCASTING INC.

~~PROPOSED~~ ORDER

Upon the Application for the Issuance of a Subpoena to Testify at an Oral Testimony Deposition and to Produce Documents Pursuant to 35 U.S.C. § 24 to CBS Broadcasting Inc., which Application was filed by Zuru LLC and Zuru Inc., Petitioners (the "Application"), it is hereby:

ORDERED that the Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit A to the Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on CBS Broadcasting Inc.

Dated: ~~New York~~ White Plains, New York

      April 2 , 2025

_____
PHILIP M. HALPERN
United States District Judge

{N6056934}